In re JOHN H. WOODBURY DERMATOLOGICAL INSTITUTE. (Circuit Court of Appeals, Second Circuit. May 18, 1911.) Petition to Revise Order of the District Court of the United States for the Southern District of New York. On motion to dismiss petition to revise. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The questions raised by motion to dismiss will be considered when the petition to review comes on for argument. The motion for dismissal is denied without prejudice.

---

LEHIGH VALLEY R. CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. May 25, 1911.) No. 286. In Error to the Circuit Court of the United States for the Western District of New York. Kenefick, Cooke, Mitchell & Bass (James McC. Mitchell, of counsel), for plaintiff in error. John Lord O'Brian, U. S. Atty. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judgment affirmed, on the opinion of Judge Holt. 184 Fed. 971.